UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

DEIMI CARMONA MATA, and other similarly
situated individuals,

    Plaintiff,

vs.

CG RYC, LLC, a Foreign Limited Liability Company,
d/b/a River Yacht Club, CG RYC OWNER, LLC,
a Foreign Limited Liability Company, and
FOOD AND LEVERAGE, LLC d/b/a
River Yacht Club, Florida Limited Liability Company,
and STEPHANE DUPOUX, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, CG RYC, LLC, CG RYC OWNER, LLC, FOOD AND LEVERAGE, LLC and STEPHANE DUPOUX ("Defendants"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby remove the instant action from the Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

1. On or about February 22, 2017, Plaintiff, DEIMI CARMONA MATA ("Plaintiff") filed a civil action against Defendants in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, bearing Case No. 2017-004055-CA-01 ("Circuit Court Action"). A copy of all papers currently on file with the State court is attached hereto as **Composite Exhibit "1."**

2. Defendants were served with this action on March 6, 2017. Thus, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days from the date on which Defendants received a copy of Plaintiffs' Complaint. All Defendants consent to the removal of this action.

3. This is an action arising under the laws of the United States of America, 29 U.S.C. Sec. 201, *et seq.*, the Fair Labor Standards Act. As a result thereof, this action raises a federal question and this Court has original jurisdiction over this action under 28 U.S.C. § 1331. Defendants are entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441(a).

4. The District and Division embracing the place where the State Circuit Court Action is pending is the United States District Court for the Southern District of Florida, Miami Division.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice of the removal to Plaintiffs in this action and have filed a copy of this Notice of Removal in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. A copy of Defendants' Notice of Filing Notice of Removal is attached hereto as **Exhibit "2."**

6. Removal to this Court is therefore appropriate and proper.

Respectfully Submitted March 27, 2017

    /s/ Lowell J. Kuvin
Fla. Bar No.:53072
lowell@kuvinlaw.com
Law Office of Lowell J. Kuvin
17 East Flagler St. Suite 223
Miami Florida 33131
Tele: 305.358.6800
Fax: 305.358.6808
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by e-mail only to Plaintiff's counsel, Mr. Anthony Georges-Pierre, Esq at agp@rgpattomeys.com, apetisco@rgpattorneys.com, rregueiro@rgpattomeys.com, pn@rgpattomeys.com.